NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMATECH GROUP LTD.,**
*Appellant*

**v.**

**INFINEON TECHNOLOGIES AG,**
*Appellee*

---

2023-2300, 2023-2381, 2023-2430

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00235, IPR2022-00417 and IPR2022-00650.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of AmaTech Group Ltd.'s motion to voluntarily dismiss these appeals pursuant to Federal Rule of Appellate Procedure 42(b), and the parties' response as to the allocation of costs,

IT IS ORDERED THAT:

(1)  These appeals are dismissed.

2    AMATECH GROUP LTD. v. INFINEON TECHNOLOGIES AG

(2)  Each side shall bear its own costs.

FOR THE COURT

February 6, 2024
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE:  February 6, 2024